FILED

MAR - 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **5 : 26 CR 0 0 1 1 3** |
| | ) | |
| TYRAEL BURTON, | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | **JUDGE PEARSON** |

COUNT 1
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.      On or about November 26, 2025, in the Northern District of Ohio, Eastern Division, Defendant TYRAEL BURTON, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Robbery, in case number CR-2021-10-3754-D in the Summit County Common Pleas Court, on or about December 27, 2022; Aggravated Riot, in case number CR-2022-11-4153-A, in the Summit County Common Pleas Court, on or about January 10, 2023; and Attempted Aggravated Possession of Drugs, in case number CR-2024-11-3851, in the Summit County Common Pleas Court, on or about March 5, 2025, knowingly possessed in and affecting interstate commerce firearms, to wit: a Glock model 22 .40 caliber pistol with an extended magazine, bearing serial number BBXF736; a Diamondback Arms model DB-15 .223 caliber pistol, bearing serial number DB2908657; and ammunition, said firearms and ammunition having been shipped and

transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offense, Defendant TYRAEL BURTON shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.